**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| VIRGINIA BOOTH SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-00315-WS-N |
| | ) | |
| FRANK ALBRIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having
been no objections filed, the recommendation of the Magistrate Judge made under
28 U.S.C. § 636(b)(l)(B) and dated June 4, 2014 is **ADOPTED** as the opinion of this
Court.

**DONE and ORDERED** this the 9th day of July, 2014.

s/**WILLIAM H. STEELE**
**CHIEF UNITED STATES DISTRICT JUDGE**