IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| VIRGINIA BOOTH SMITH, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Civil Action No. 11-00315-WS-N |
| FRANK ALBRIGHT, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be and is hereby **DENIED**. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this the 9th day of July, 2014.

        **s/WILLIAM H. STEELE**
        **CHIEF UNITED STATES DISTRICT JUDGE**